

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-18-00810-CR

Dorothy Jackson **HAYNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2226
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On January 16, 2019, we ordered that this appeal be abated to the trial court to determine whether appellant desires to prosecute this appeal and, if appellant is indigent, appoint new appellate counsel. On January 22, 2019, the clerk filed a supplemental clerk's record reflecting that Edward F. Shaughnessy has been appointed appellate counsel for appellant. In light of this filing, it is ORDERED that this appeal is REINSTATED on this court's docket. Appellant's brief must be filed in this court no later than thirty (30) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court